**Ahmed T. RHUMA; Sam J. Duval, fka
Adel A. Rhoma, Plaintiffs–
Appellants,**

v.

**STATE OF LIBYA, Defendant–
Appellee.**

No. 14–17511

United States Court of Appeals,
Ninth Circuit.

---

Submitted July 26, 2016 *

August 3, 2016

Ahmed T. Rhuma, West Sacramento, CA, Pro Se.

Sam J. Duval, Chicago, IL, Pro Se.

Before: SCHROEDER, CANBY, and CALLAHAN, Circuit Judges.

### MEMORANDUM **

Ahmed T. Rhuma and Sam J. Duval appeal pro se from the district court's judgment dismissing their action for lack of subject matter jurisdiction. We have jurisdiction under 28 U.S.C. § 1291. We review de novo subject matter jurisdiction under the Foreign Sovereign Immunities Act ("FSIA"). *Gupta v. Thai Airways Int'l, Ltd.*, 487 F.3d 759, 765 (9th Cir. 2007). We affirm.

The district court properly determined that it lacked subject matter jurisdiction over plaintiffs' claims against Libya because plaintiffs failed to establish an exception to Libya's immunity under the FSIA. *See id.* at 763 (a court may only exercise subject matter jurisdiction over a foreign sovereign when one of the exceptions to immunity under the FSIA applies).

**AFFIRMED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36–3.